IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEAH Y. PATTON | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:15cv297-HSO-JCG |
| | § | |
| HUNTINGTON INGALLS | § | DEFENDANT |

## FINAL JUDGMENT

This matter came to be heard upon the Motion [40] for Summary Judgment filed by Defendant Huntington Ingalls. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE